## STATE EX REL. N. E. PARDEE v. AL. P. ERICKSON.[1]

May 23, 1918.

No. 21,014.

**Members of boards of education in certain cities — act invalid.**

Laws 1917, p. 752, c. 446, is unconstitutional, because special legislation upon a subject prohibited by the Constitution. [Reporter.]

[1]Reported in 167 N. W. 734.

N. E. Pardee obtained from the supreme court an order to show cause why the auditor of Hennepin county should not be restrained from filing under Laws 1917, c. 446, the affidavit of any person as a candidate for nomination for school director of the board of education of the city of Minneapolis for any senatorial district at the ensuing primary election, and why he should not be directed to cancel the filings of the affidavits of Albert Hedler and Ella W. Bucknam, and any other person who may have filed, and from placing the name of any candidate for such school director upon the primary ballot. Order discharged.

*S. R. Child*, for relator.


PER CURIAM.

Chapter 446, p. 752, Laws 1917, is so clearly special legislation upon a subject prohibited by the Constitution that the majority of the court entertain no doubt that the act is void. There is now no city except Minneapolis to which it can apply, and it is inconceivable that if hereafter, by increase of population, other cities should come into the class covered by the act there could be the requisite number of senatorial districts to bring such cities within the operation of the law.

Respondent is therefore ordered and directed to place the names of the candidates who have already filed for school director of the board of education of the city of Minneapolis, and the names of the candidates who may hereafter file for said office, upon the ballot in the manner directed by the law as it exists unaffected by said chapter 446, p. 752, Laws 1917.